Christopher Kim (Bar No. 082080)
Lisa Yang (Bar No. 208971)
Jane N. Kespradit (Bar No. 270124)
**LIM, RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, CA  90017
Phone: (213) 955-9500
Fax: (213) 955-9511
Email: christopher.kim@limruger.com
        lisa.yang@limruger.com
        jane.kespradit@limruger.com

Attorneys for Plaintiff, Shany Co. Ltd.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANY CO., LTD., a Korean corporation, | Case No.: 2:11-CV-01112-KJM-EFB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF SHANY CO., LTD LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| vs. | |
| CRAIN WALNUT SHELLING, INC., a California corporation; and DOES 1-10, inclusive | |
| Defendants. | |

{00661550.DOC}                                       1
ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

# ORDER

The parties' Stipulation Re Plaintiff Shany Co., Ltd.'s First Amended Complaint ("Stipulation") having been considered by this Court and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Plaintiff Shany Co., Ltd ("Shany") shall have leave to file its First Amended Complaint;

IT IS FURTHER ORDERED THAT Shany's First Amended Complaint shall be deemed filed and served as of the date of entry of this Order; and

IT IS FURTHER ORDERED THAT Defendant Crain Walnut Shelling, Inc. shall have 45 days from the date of entry of this Order to file and serve its response to Shany's First Amended Complaint.

Dated: August 4, 2011.

_____
UNITED STATES DISTRICT JUDGE