Christopher Kim (Bar No. 082080)
Lisa Yang (Bar No. 208971)
Jane N. Kespradit (Bar No. 270124)
**LIM, RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017
Phone: (213) 955-9500
Fax: (213) 955-9511
Email: christopher.kim@limruger.com
         lisa.yang@limruger.com
         jane.kespradit@limruger.com

Attorneys for Plaintiff, Shany Co. Ltd.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANY CO., LTD., a Korean corporation, | Case No.: 2:11-CV-01112-KJM-EFB |
| Plaintiff, | **ORDER RE PRETRIAL SCHEDULING CONFERENCE** |
| vs. | |
| CRAIN WALNUT SHELLING, INC., a California corporation; and DOES 1-10, inclusive | |
| Defendants. | |

{00664245.DOC}                              1
ORDER RE PRETRIAL SCHEDULING CONFERENCE

# ORDER

The parties' Stipulation Re FRCP Rule 26 Pretrial Scheduling Conference ("Stipulation") having been considered by this Court and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The FRCP Rule 26 Pretrial Scheduling Conference shall be continued from August 24, 2011 to September 28, 2011 at 10:00 AM in Courtroom 3 of the above-entitled court;
2. The parties shall have until September 9, 2011 to meet and confer in compliance with FRCP Rule 26 and Local Rule 240(b);
3. The parties shall file their Joint Status Report on or before September 21, 2011.

Dated:  August 11, 2011.

_____
UNITED STATES DISTRICT JUDGE