Christopher Kim (Bar No. 082080)
Lisa Yang (Bar No. 208971)
Jane N. Kespradit (Bar No. 270124)
**LIM, RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, CA  90017
Phone: (213) 955-9500
Fax: (213) 955-9511
Email: christopher.kim@limruger.com
        lisa.yang@limruger.com
        jane.kespradit@limruger.com

Attorneys for Plaintiff, Shany Co. Ltd.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANY CO., LTD., a Korean corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CRAIN WALNUT SHELLING, INC., a California corporation; and DOES 1-10, inclusive<br><br>　　　　　Defendants. | Case No.: 2:11-CV-01112-KJM-EFB<br><br>**ORDER RE EXTENSION OF TIME FOR DEFENDANT CRAIN WALNUT SHELLING, INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |

# ORDER

The parties' Stipulation Re Extension of Time For Defendant Crain Walnut Shelling, Inc. to Respond to First Amended Complaint ("Stipulation") having been considered by this Court and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

The date by which Defendant Crain Walnut Shelling, Inc. must file its response to the First Amended Complaint in this matter, currently due on September 19, 2011, shall be extended by twenty-one (21) days to October 10, 2011.

**IT IS SO ORDERED.**

**Date: 9/15/2011**

_____
UNITED STATES DISTRICT JUDGE