UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANY CO., LTD.,<br><br>                Plaintiff,<br><br>       v.<br><br>CRAIN WALNUT SHELLING, INC., et al.,<br><br>                Defendants. | No.  2:11-CV-01112-KJM-EFB<br><br>**ORDER TO SHOW CAUSE** |

On June 4, 2014, the court issued an order directing plaintiff to engage new counsel of record within thirty days.  ECF No. 65.  Plaintiff has failed to comply with the court's order.

Accordingly, plaintiff is hereby ordered to show cause, through counsel, within fourteen days of the filing of this order why they failed to comply with the previous order and why sanctions should not be imposed.  Sanctions could include monetary penalties and preclusion from opposing any re-noticed motions.

IT IS SO ORDERED.

Dated: July 10, 2014.

_____
UNITED STATES DISTRICT JUDGE

1