UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANY CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> CRAIN WALNUT SHELLING, INC., et al., <br><br> Defendants. | No. 2:11-CV-01112-KJM-EFB <br><br> **ORDER TO SHOW CAUSE** |

On June 4, 2014, the court issued an order directing plaintiff to engage new counsel of record within thirty days. ECF No. 65. Plaintiff failed to comply with the court's order.

On July 10, 2014, the court issued an order to show cause directing plaintiff to show cause, through counsel, within fourteen days why it failed to comply with the court's previous order and why sanctions should not be imposed. ECF No. 67. The court cautioned that potential sanctions could include monetary penalties and preclusion from opposing any re-noticed motions. *Id.* The order to show cause was mailed to plaintiff in South Korea on July 16, 2014.

In the interim, on July 11, 2014, defendant noticed its amended petition to confirm arbitration award and its motion for attorneys' fees. ECF Nos. 68, 69. The hearing on these matters is scheduled for August 22, 2014. *Id.*

1

1          Plaintiff has not responded to the court's July 10, 2014 order to show cause or otherwise appeared in this action since the filing of plaintiff's counsel's motion to withdraw as counsel of record.  *See* ECF No. 62.  In light of the delay in mailing of the initial order to show cause and plaintiff's location in South Korea, the court will provide plaintiff one final opportunity to respond to the order to show cause.

          Accordingly, within fourteen days from the date of this order, plaintiff, through counsel, shall show cause why the court should not preclude plaintiff from opposing defendant's petition to confirm arbitration award and motion for attorneys' fees and impose monetary sanctions.  Plaintiff is cautioned that failure to respond to this order to show cause will result in sanctions at the court's discretion and may include, without limitation, those discussed herein and dismissal under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

          IT IS SO ORDERED.

Dated:  August 7, 2014.

_____
UNITED STATES DISTRICT JUDGE