UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANY CO., LTD, | No. 2:11-cv-01112-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| CRAIN WALNUT SHELLING, INC., et al., | |
| Defendants. | |

On August 7, 2014, the court ordered the plaintiffs show cause why it should not preclude opposition to the defendant's petition to confirm arbitration award and motion for attorneys' fees and impose monetary sanctions. ECF No. 71. A response was required within fourteen days. The plaintiff has not responded to the order to show cause.

The court ORDERS as follows:

(1) Plaintiff is precluded from opposing the defendant's motion to confirm arbitration award and motion for attorneys' fees.

(2) Plaintiff is sanctioned in the amount of $500, to be paid within fourteen days of the issuance of this order.

1

1  (3) The defendants' motions to confirm the arbitration award and for attorneys'
2 fees remain pending under submission.
3  IT IS SO ORDERED.
4 DATED: October 30, 2014.

 _____
 UNITED STATES DISTRICT JUDGE